## FLETCHER v. BRYAN, JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA.

No. 75, Misc.   Decided December 7, 1959.

Petitioner *pro se.*

*Solicitor General Rankin* for respondent.

PER CURIAM.

In light of the suggestion of mootness due to the death of the petitioner, the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court with directions to dismiss the petition for writ of mandamus as moot.